

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-72,017-08

### EX PARTE JAVIER RIVERA FRANCO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W05-45713-T-(D) IN THE 283RD DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). From the record, it appears that Applicant filed a memorandum of law with attached exhibits, and that Exhibit 1 consists of two discs purporting to contain "Police dashcam videos." Applicant's discs were not included in the habeas corpus record forwarded to this Court.

The District Clerk of Dallas County shall file a response that includes the entirety of Applicant's Exhibit 1, found on Page 84 of the habeas corpus record. Should the District Clerk determine it has no such items on file, it shall so certify.

This application will be held in abeyance the District Clerk responds. A supplemental record containing the missing items (or the certification that they do not exist) shall be forwarded to this Court within 60 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed:   May 8, 2019

Do not publish